| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: apattison@hillwallack.com<br>*Attorneys for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact* | |
| In Re:<br><br>Doris A. Hertell aka Doris A. Denny<br><br>Christopher W. Hertell,<br><br>                Debtors. | Case No.: 18-26646 (JNP)<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny, Jr., U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Angela C. Pattison, Esq.
                            Hill Wallack LLP
                            21 Roszel Road
                            P.O. Box 5226
                            Princeton, NJ 08543

    DOCUMENTS:

       ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

       ☑ All documents and pleadings of any nature.

DATED:  September 28, 2021                              HILL WALLACK LLP

                                                                                  By: */s/ Angela C. Pattison*
                                                                                   Angela C. Pattison