Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26646−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Doris A. Hertell
aka Doris A Denny
47 Stiles Avenue
Maple Shade, NJ 08052

Christopher W. Hertell
47 Stiles Avenue
Maple Shade, NJ 08052

Social Security No.:
xxx−xx−7856     xxx−xx−7791

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on July 6, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 6, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 18-26646-JNP

Doris A. Hertell                                                                                                 Chapter 13

Christopher W. Hertell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 148 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Doris A. Hertell, Christopher W. Hertell, 47 Stiles Avenue, Maple Shade, NJ 08052-2616 |
| aty | + | Angela C Pattison, Hill Wallack LLP, 21 Roszel Road, P.O.Box 5226, Princeton, NJ 08543-5226 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518807129 | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 518807130 | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, et. al., 4425 Ponce De Leon Blvd. 5th Floor Coral Gables, Florida 33146-1837 |
| 517710336 | + | Charles A. Evans, DMD, 7 Benson Avenue, Pennsville, NJ 08070-1401 |
| 517710338 | + | Franzeo's Landscaping, P.O. Box 724, Maple Shade, NJ 08052-0724 |
| 519024885 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517710340 | + | Sarah E. Powers, Esq., 907 Pleasant Valley, Mount Laurel, NJ 08054-1210 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517710335 | + | EDI: CAPITALONE.COM | Jul 07 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517773303 | | EDI: CAPITALONE.COM | Jul 07 2022 00:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517840368 | + | EDI: CITICORP.COM | Jul 07 2022 00:43:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517710337 | + | EDI: CITICORP.COM | Jul 07 2022 00:43:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518999183 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 06 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518999182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 06 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 517710339 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 06 2022 20:43:00 | Freedom Mortgage Corporation, P.O. Box 50428, Indianapolis, IN 46250-0401 |
| 517839800 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 06 2022 20:43:00 | Freedom Mortgage Corporation, Freedom Mortgage, 10500 Kincaid Drive- Attn: BK Dept., Fishers, IN 46037-9764 |

Case 18-26646-JNP    Doc 59    Filed 07/08/22    Entered 07/09/22 00:13:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 148 | Total Noticed: 24 |

| 517837642 | | EDI: PRA.COM | Jul 07 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
|---|---|---|---|---|
| 517714782 | + | EDI: RMSC.COM | Jul 07 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517710341 | + | EDI: RMSC.COM | Jul 07 2022 00:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519321101 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 06 2022 20:43:00 | Wilmington Savings, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 519321102 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 06 2022 20:43:00 | Wilmington Savings, 1600 S. Douglass RD, Anaheim, CA 92806, Wilmington Savings, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee for Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Charles M. Izzo | on behalf of Debtor Doris A. Hertell cminj2001@yahoo.com izzocr79754@notify.bestcase.com |
| Charles M. Izzo | on behalf of Joint Debtor Christopher W. Hertell cminj2001@yahoo.com izzocr79754@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, et. al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 148 | Total Noticed: 24 |

on behalf of Creditor Bayview Loan Servicing LLC, et. al. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 12