UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HELMER CONLEY & KASSELMAN, PA
Kenneth W. Miller, Jr., Esquire KM-6266
107 West Broadway
Salem, NJ 08079
Phone 856-935-0027

In Re:

Doris A. Hertell and Christopher W. Hertell, Debtor

Case No.: 18-26646
Chapter: 13
Judge: JNP

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Kenneth W. Miller, Jr.__ will be substituted as attorney of record for __Doris & Chris Hertell__, __Debtors__ in this case.[1]

Date: 8/22/22

Signature of Former Attorney

Date: August 10, 2022

Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.