UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HELMER CONLEY & KASSELMAN, PA
Kenneth W. Miller, Jr., Esquire KM-6266
107 West Broadway
Salem, NJ 08079
Phone 856-935-0027
Attorney for Debtors

**Order Filed on September 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Doris A. Hertell and Christopher Hertell,
Debtors

| | |
|---|---|
| Case No.: | 18-26646 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

**DATED: September 12, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

An Application for Refund of Filing Fee having been filed by   Kenneth W. Miller, Jr., Esquire

on _____ September 9, 2022 _____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☒  Granted. The clerk will issue a refund in the amount of $  235.00 _____ to the

applicant.

☐  Denied.

*rev.7/6/18*