UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HELMER CONLEY & KASSELMAN, PA
Kenneth W. Miller, Jr., Esquire KM-6266
Attorney for Debtors
107 West Broadway
Salem, NJ 08079
Telephone: 856-925-0027

In Re:
Doris A. Hertell and Christopher Hertell, Debtors

**Order Filed on October 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____18-26646_____

Chapter: _____13_____

Judge: _____JNP_____

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 5, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1.    until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2.    until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3.    until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

4.  Debtors shall within 10 days of this Order shall:

 (a)  submit payment of $7,474.20 to the Trustee to be current on their plan

 (b)  shall file a motion to reinstate the stay

 (c) shall file a modified plan


  IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.4/28/2021*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26646-JNP |
| Doris A. Hertell | Chapter 13 |
| Christopher W. Hertell | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Doris A. Hertell, Christopher W. Hertell, 47 Stiles Avenue, Maple Shade, NJ 08052-2616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee for Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, et. al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1                                   User: admin                                        Page 2 of 2

Date Rcvd: Oct 07, 2022                        Form ID: pdf903                                  Total Noticed: 1

Jennifer R. Gorchow

          on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Kenneth W. Miller, Jr

          on behalf of Joint Debtor Christopher W. Hertell kwmbky@helmerlegal.com

Kenneth W. Miller, Jr

          on behalf of Debtor Doris A. Hertell kwmbky@helmerlegal.com

Phillip Andrew Raymond

          on behalf of Creditor Bayview Loan Servicing  LLC, et. al. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

          USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

          on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers

          on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers, III

          on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 13