| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>**HILL WALLACK LLP**<br>Angela C. Pattison<br>1415 Route 70 East, Suite 309<br>Cherry Hill, NJ 08034<br>Phone: 856-616-8086<br>Email: apattison@hillwallack.com<br>*Attorneys for Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB as trustee of Stanwich Mortgage Loan Trust I* | |
| In Re:<br><br>Doris A. Hertell aka Doris A Denny<br>Christopher W. Hertell<br><br>              Debtor(s) | Chapter 7<br><br>Case No. 18-26646-JNP<br><br>Hearing Date: 11/29/2022 at 11:00am<br><br>Judge: Jerrold N. Poslusny Jr. |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Boris Zavertailo:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>November 3, 2022</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Motion to Approve Loan Modification

   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                                                    */s/ Boris Zavertailo*
Dated: November 3, 2022                                                     Boris Zavertailo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *Trustee*<br>**Maureen P. Steady**<br>2 Kings Highway West<br>Suite 102<br>Haddonfield, NJ 08033<br>856-428-1060 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.