UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Doris A. and Christopher W. Hertell

Case No.: 18-26646
Chapter: 7
Judge: Hon. JNP, Jr.

**NOTICE OF PROPOSED ABANDONMENT**

Maureen P. Steady, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on 02/07/2023 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
47 N. Stiles Avenue
Maple Shade NJ 08052

$176,100.00

Liens on property:
$175,832.83

Amount of equity claimed as exempt: $2,202.00

Objections must be served on, and requests for additional information directed to:

Name: Maureen P. Steady, Chapter 7 Trustee
Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26646-JNP |
| Doris A. Hertell | Chapter 7 |
| Christopher W. Hertell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 09, 2023 | Form ID: pdf905 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Doris A. Hertell, Christopher W. Hertell, 47 Stiles Avenue, Maple Shade, NJ 08052-2616 |
| aty | + | Angela C Pattison, Hill Wallack LLP, 21 Roszel Road, P.O.Box 5226, Princeton, NJ 08543-5226 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518807129 | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 518807130 | + | Bayview Loan Servicing, LLC, et. al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, et. al., 4425 Ponce De Leon Blvd. 5th Floor Coral Gables, Florida 33146-1837 |
| 517710336 | + | Charles A. Evans, DMD, 7 Benson Avenue, Pennsville, NJ 08070-1401 |
| 517710338 | + | Franzeo's Landscaping, P.O. Box 724, Maple Shade, NJ 08052-0724 |
| 517710340 | + | Sarah E. Powers, Esq., 907 Pleasant Valley, Mount Laurel, NJ 08054-1210 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Jan 09 2023 20:34:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 09 2023 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 09 2023 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517710335 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2023 20:35:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517773303 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2023 20:35:37 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517840368 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 20:35:57 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517710337 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2023 20:35:23 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518999183 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2023 20:34:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518999182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2023 20:34:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 517710339 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 09 2023 20:34:00 | Freedom Mortgage Corporation, P.O. Box 50428, |

Case 18-26646-JNP    Doc 83    Filed 01/11/23    Entered 01/12/23 00:12:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf905 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Indianapolis, IN 46250-0401 |
| 517839800 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 09 2023 20:34:00 | Freedom Mortgage Corporation, Freedom Mortgage, 10500 Kincaid Drive- Attn: BK Dept., Fishers, IN 46037-9764 |
| 519024885 | ^ | MEBN | Jan 09 2023 20:30:57 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517837642 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2023 20:35:39 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 517714782 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 20:35:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517710341 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 09 2023 20:35:55 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519321101 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 09 2023 20:34:00 | Wilmington Savings, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 519321102 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 09 2023 20:34:00 | Wilmington Savings, 1600 S. Douglass RD, Anaheim, CA 92806, Wilmington Savings, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee for Stanwich Mortgage Loan Trust I, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, et. al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 09, 2023 | Form ID: pdf905 | Total Noticed: 25 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Kenneth W. Miller, Jr
    on behalf of Joint Debtor Christopher W. Hertell kwmbky@helmerlegal.com

Kenneth W. Miller, Jr
    on behalf of Debtor Doris A. Hertell kwmbky@helmerlegal.com

Maureen P. Steady
    trustee@kurtzmansteady.com
    mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com

Phillip Andrew Raymond
    on behalf of Creditor Bayview Loan Servicing  LLC, et. al. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 14