Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18–26646–JNP
        Chapter:  7
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Doris A. Hertell | Christopher W. Hertell |
| aka Doris A Denny | 47 Stiles Avenue |
| 47 Stiles Avenue | Maple Shade, NJ 08052 |
| Maple Shade, NJ 08052 | |

Social Security No.:
  xxx–xx–7856                              xxx–xx–7791

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I <u>Linda Martin</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

47 N. Stiles Avenue
Maple Shade NJ 08052

Dated: February 1, 2023
JAN: lgr

                                                                                Jeanne Naughton
                                                                                Clerk